CA 10-1844 R

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**In re Brican America Litigation**          **MDL No. 2183**

*Vijay Patel, et al. v. NCMIC Finance Corp. et al.,* C.D. California, Case No. SACV10-01493AG(MLGx)

## MOTION OF PLAINTIFFS TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)

COMES NOW Vijay Patel; Reza M. Birjandi; Reza Birjandi, D.D.S., A Professional Dental Corporation; David Browning; Michael W. Wells; Michael W. Wells, D.D.S., Inc.; Eye Center Optometrics, A Professional Corporation; William E. Faulkner; William E. Faulkner, DDS, Inc.; Alfonso D. Gonzalez; Alfonso D. Gonzalez Dental Corporation; Jeffery A. Hall; Jeffery A. Hall, Inc.; Sandhya Hedge, DDS, Inc.; Jose Lomboy; Maricella Murillo; Dennis E. Shamlian; Vallery Sweeny; Vallery Sweeny, D.D.S., A Professional Corporation; J. Foster Weems; J. Foster Weems, D.D.S., Inc.; Paul J. Wesling, O.D.; and Paul J. Wesling, O.D., Inc.

(collectively "Plaintiffs") and respectfully move the Panel to vacate the Conditional Transfer Order (CTO-2) of October 15, 2010 in regard to this state-court commenced civil action and grant all such other further and different relief as Plaintiffs may be entitled on the following grounds:

1. Transfer of this instant action to the MDL Proceedings is inappropriate under 28 U.S.C. § 1407 because it involves inherently state-rooted claims comprising unique and significant issues of fact and law which are not present in the MDL Proceedings and will not be addressed thereby. The causes of action asserted in the operative FAC include strictly California state law claims involving California Corporations law, California Franchise Investment Law (*Corporations Code*, §§ 31000, et seq.); and California Seller Assisted Marketing Plan Act (the "SAMPs Act") not currently asserted in the MDL Proceedings.

2. Similarly, no other case in the MDL Proceedings will address Plaintiffs' 15 causes of action against Defendants Baytree Leasing Company, LLC, De Lage Landen Financial Services, Inc., and James D. Briglio because these defendants are not parties to the MDL Proceedings.

3. Nor will "convenience of parties and witnesses" be served by transfer of this case to the United States District Court for the Southern

District of Florida as all of the facts and circumstances under which Plaintiffs' claims arise occurred in California, involve California law, and a majority of the parties reside in California.

4. Nor will transfer of the action to the United States District Court for the Southern District of Florida promote just and efficient conduct of the case. The extent and complexity of Plaintiffs' separate California claims under California's *Corporations Code*, California's Franchise Investment Law, and the SAMPs Act necessarily require individualized discovery that is not addressed by coordinated discovery in the MDL Proceedings.

5. This action was commenced on April 15, 2010 in the Superior Court of California, County of Orange.

6. On October 4, 2010 the action was removed to the United States District Court for the Central District of California.

7. A Notice of Potential Tag-Along Action was filed on October 7, 2010 requesting the Panel transfer of the instant case to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. 1407.

//

8. On October 12, 2010 Plaintiffs filed a Motion to Remand. Hearing on Plaintiffs' Motion to Remand is set for November 22, 2010.

9. Under the principals of comity, the CTO and any transfer of this action should be vacated and/or stayed pending final determination on Plaintiffs' Motion to Remand as transfer of this case beforehand will result in injustice to Plaintiffs by delaying resolution of the motion.

10. Plaintiffs file and serve a brief containing their supporting memorandum of points and authorities concurrently herewith.

WHEREFORE Plaintiffs respectfully request that this Honorable Court grant this Motion and vacate the Conditional Transfer Order (CTO-2) or, at the very least, stay transfer of pending the ruling on Plaintiffs' Motion to Remand set for hearing in the United States District Court for the Central District of California on November 22, 2010.

Dated this 5 day of November, 2010.

Kenneth J. Catanzarite
California Bar No. 113750
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680
kcatanzarite@catanzarite.com

and

//

Robert S. Green
California Bar No. 136183
GREEN WELLING, P.C.
595 Market Street, Suite 2750
San Francisco, California 94105
Tel: (415) 477-6700
Fax: (415) 477-6710
rsg@classcounsel.com

Attorneys for Petitioners Vijay Patel; Reza M. Birjandi; Reza Birjandi, D.D.S., A Professional Dental Corporation; David Browning; Michael W. Wells; Michael W. Wells, D.D.S., Inc.; Eye Center Optometrics, A Professional Corporation; William E. Faulkner; William E. Faulkner, DDS, Inc.; Alfonso D. Gonzalez; Alfonso D. Gonzalez Dental Corporation; Jeffery A. Hall; Jeffery A. Hall, Inc.; Sandhya Hedge, DDS, Inc.; Jose Lomboy; Maricella Murillo; Dennis E. Shamlian; Vallery Sweeny; Vallery Sweeny, D.D.S., A Professional Corporation; J. Foster Weems; J. Foster Weems, D.D.S., Inc.; Paul J. Wesling, O.D.; and Paul J. Wesling, O.D., Inc.

**In re Brican American Litigation**  **MDL No. 2183**

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE   )   ss:

The undersigned certifies and declares as follows:

On November 5, 2010, I electronically filed this document through the CM/ECF system and I served the within **MOTION OF PLAINTIFFS TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (Mail) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

[ ]   (Overnight Delivery) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered the next day by overnight courier to the addressee(s) listed on the attached service list.

[ ]   (Personal Service) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered by hand as set forth on the attached service list.

//

//

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed November 5, 2010 at Anaheim, California.

_____
Kenneth J. Catanzarite
California Bar No. 113750
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680
kcatanzarite@catanzarite.com
Counsel for Plaintiffs:
Vijay Patel; Reza M. Birjandi; Reza Birjandi, D.D.S., A Professional Dental Corporation; David Browning; Michael W. Wells; Michael W. Wells, D.D.S., Inc.; Eye Center Optometrics, A Professional Corporation; William E. Faulkner; William E. Faulkner, DDS, Inc.; Alfonso D. Gonzalez; Alfonso D. Gonzalez Dental Corporation; Jeffery A. Hall; Jeffery A. Hall, Inc.; Sandhya Hedge, DDS, Inc.; Dennis E. Shamlian; Vallery Sweeny; Vallery Sweeny, D.D.S., A Professional Corporation; J. Foster Weems; J. Foster Weems, D.D.S., Inc.; and, Paul J. Wesling, O.D., Inc.

**In re Brican America Litigation**  MDL No. 2183

## SERVICE LIST

**Court Clerks**
Clerk, Central District of California
411 W. Fourth Street, Room 1053
Santa Ana, CA 92701-4516
Case No. 8:10-01493

Clerk, Southern District of Florida
400 N. Miami Avenue, 8th Floor
Miami, FL 33128
Case Nos.: 1:10-20782 and 1:10-21608 and consolidated Case
Nos. CAC/8:10-00453, GAN/1:10-01807, NJ/2:10-01173

Clerk, Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3361

Clerk, Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130
Case No. 2:10-01844

**California Litigation:**
**Case No. 8:10-cv-01493**

**Counsel for Defendants NCMIC Finance Corporation, NCMIC Finance Corporation of California and PSFS 3 Corporation:**
Ryan L. Larsen
Sara Karubian
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Facsimile: (310) 788-4471
ryan.larsen@kattenlaw.com
sara.karubian@kattenlaw.com

//

In re Brican America Litigation                    MDL No. 2183

**Counsel for Defendant DE LAGE LANDEN FINANCIAL SERVICES, INC.**
Lawrence D. Lewis
Nicholas S. Shantar
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Facsimile: (949) 553-8354
llewis@allenmatkins.com
nshantar@allenmatkins.com

C. Lawrence Holmes
Patrick M. Northen
DILWORTH PAXSON LLP
1500 Market Street, Suite 1500E
Philadelphia, PA 19102-2101
lholmes@dilworthlaw.com
pnorthen@dilworthlaw.com

**Defendants:**
Brican America Inc.
c/o Jeff Vincens, Registered Agent
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Brican America, LLC
c/o Yvette J. Harell, Registered Agent
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Jean Francois Vincens
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Jack Lemacon
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

//

**In re Brican America Litigation**                    **MDL No. 2183**

Viso Lasik Medspas, LLC
c/o Yvette J. Harell, Registered Agent
5301 Blue Lagoon Drive, Suite 520
Miami, Florida 33126

Baytree Leasing Company
c/o National Registered Agents, registered agent
160 Greentree Dr., Ste. 101
Dover, DE 19901

**Florida Litigation:**
**Case No. 1:10-21608**
**Consolidated Case No. 1:10-20782**
**Consolidated Case No. CAC/8:10-cv-00453**
**Consolidated Case No. NJ/2:10-01173**

**Counsel for Blauzvern Plantiffs:**
Ronald Pendl Gossett
Gossett & Gossett
Building I
4700 Sheridan Street
Hollywood, FL 33021
Facsimile: (954) 983-2850
rongossett@gossettlaw.com

**Counsel for Wigdor Plaintiffs:**
David H. Charlip
Charlip Law Group, LLC
1930 Harrison Street, Ste. 208
Hollywood, FL 33020
Facsimile: (305) 354-9314
dcharlip@charliplawgroup.com

**Counsel for Derienzo Plaintiffs:**
Keith A. McKenna
McKenna McIlwain, LLP
96 Park Street
Montclair, New Jersey 07042
Facsimile: (973) 509-3580
kam@kmckennalaw.com

In re Brican America Litigation                MDL No. 2183

**Counsel for Defendants Brican America, LLC; JJR Investments, LLC; Jacques Lemacon; Jean Francois Vincens; Viso Lasik Medspas, LLC; Viso Lasik Medspas of Charlotte, LLC; and Viso Lasik Medspas of San Antonio, LLC**
Alan Fine
ALAN S. FINE PA
255 Alhambra Circle, Suite 850
Coral Gables, FL 33134
Facsimile: (305) 424-2401
afine@fine-law.com

**Counsel for Defendants Salvatore DeCanio, Jr. and Lifestyle of Vision, Inc.:**
Jeff Tomberg
Jeff Tomberg, J.D., P.A.
626 SE 4th Street
P.O. Box 1426
Boynton Beach, FL 33425
Facsimile: (561) 734-8971
piatty@yahoo.com

**Counsel for Defendants NCMIC Finance Corporation and PSFS 3 Corporation:**
Catherine M. Rodriguez
Levey Filler Rodriguez Kelso & De Bianchi LLP
1688 Meridian Avenue, Ste. 902
Miami Beach, FL 33139
Facsimile: (305) 672-5007
cmrodriguez@leveyfiller.com

Ryan L. Larsen
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Facsimile: (310) 788-4471
ryan.larsen@kattenlaw.com

//

//

**In re Brican America Litigation**                    **MDL No. 2183**

**Georgia Litigation:**
**Case No. 1:10-01807**

**Counsel for Tasman Plantiffs:**
Jeffrey Filipovitz
332B Lockwood Terrace
Decatur, GA 30030
jrfilipovits@gmail.com

Aubrey Thompson Villines, Jr.
2900 Chamblee Tucker Road
Park Ridge 85, Building One
Atlanta, GA 30341
atvill7@msn.com

**Counsel for Defendant NCMIC Finance Corp.:**
Bryan Arthur Powell
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
lbracken@hunton.com

**Louisiana Litigation:**
**Case No. 2:10-01844**

**Counsel for Gaubert Plaintiffs:**
Daniel Aubry Ranson
Matthew Paul Weaver
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, LA 70056

**Counsel for Defendant NCMIC Financial Corporation:**
Peter J. Butler, Jr.
BREAZEALE, SACHSE & WILSON, LLP
LL&E Tower
909 Poydras Street, Suite 1500
New Orleans, LA 70112
Facsimile: (504) 584-5452
pbj@bswllp.com

## Other Motions
### MDL No. 2183 IN RE: Brican America LLC Equipment Lease Litigation

**United States**

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered by Catanzarite, Kenneth Joseph on 11/5/2010 at 8:18 PM EDT and filed on 11/5/2010

**Case Name:** IN RE: Brican America LLC Equipment Lease Litigation
**Case Number:** MDL No. 2183
**Filer:**
**Document Number:** 41

**Docket Text:**
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-2)** *re: pldg. (3 in CAC/8:10-cv-01493, 37 in MDL No. 2183)* **Filed by Plaintiffs Alfonzao D Gonzalez Dental Corporation, Reza M Birjandi, Reza M Birjandi DDS, David Browning, Eye Center Optometrics, Alfonzo D Gonzalez, J Foster Weems DDS Inc, Jose Lomboy, Michael W Wells DDS Inc, Maricela Murillo, Vijay Patel, Paul J Wesling OD Inc, Sandhy A Hedge DDS Inc, Dennis E Shamlian, Valery Sweeny, Valery Sweeny DDS, J Foster Weems, Michael W Wells, Paul J Wesling OD, William E Faulkner DDS Inc (Attachments: # (1) Brief in Support, # (2) Exhibit A, # (3) Exhibit B) Associated Cases: MDL No. 2183, CAC/8:10-cv-01493 (Catanzarite, Kenneth Joseph)**

| | |
|---|---|
| **Case Name:** | Vijay Patel et al v. NCMIC Finance Corporation et al |
| **Case Number:** | CAC/8:10-cv-01493 |
| **Filer:** | J Foster Weems DDS Inc |
| | Alfonzo D Gonzalez |
| | Alfonzao D Gonzalez Dental Corporation |
| | Reza M Birjandi |
| | Reza M Birjandi DDS |
| | David Browning |
| | Eye Center Optometrics |
| | Jose Lomboy |
| | Michael W Wells DDS Inc |
| | Maricela Murillo |
| | Vijay Patel |
| | Paul J Wesling OD Inc |
| | Sandhy A Hedge DDS Inc |
| | Dennis E Shamlian |
| | Valery Sweeny |
| | Valery Sweeny DDS |
| | J Foster Weems |
| | Michael W Wells |

                Paul J Wesling OD
                William E Faulkner DDS Inc

**Document Number:** 7

**Docket Text:**
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-2)** *re: pldg. (3 in CAC/8:10-cv-01493, 37 in MDL No. 2183)* **Filed by Plaintiffs Alfonzao D Gonzalez Dental Corporation, Reza M Birjandi, Reza M Birjandi DDS, David Browning, Eye Center Optometrics, Alfonzo D Gonzalez, J Foster Weems DDS Inc, Jose Lomboy, Michael W Wells DDS Inc, Maricela Murillo, Vijay Patel, Paul J Wesling OD Inc, Sandhy A Hedge DDS Inc, Dennis E Shamlian, Valery Sweeny, Valery Sweeny DDS, J Foster Weems, Michael W Wells, Paul J Wesling OD, William E Faulkner DDS Inc (Attachments: # (1) Brief in Support, # (2) Exhibit A, # (3) Exhibit B) Associated Cases: MDL No. 2183, CAC/8:10-cv-01493 (Catanzarite, Kenneth Joseph)**


**MDL No. 2183 Notice has been electronicall y mailed to:**

**MDL No. 2183 Notice will not be electronically mailed to:**

**CAC/8:10-cv-01493 Notice has been electronically mailed to:**

Kenneth Joseph Catanzarite     kcatanzarite@catanzarite.com

Ryan J Larsen     ryan.larsen@kattenlaw.com

Sara Karubian     sara.karubian@kattenlaw.com

**CAC/8:10-cv-01493 Notice will not be electronically mailed to:**

Nicole M Catanzarite
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, CA 92801

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/5/2010] [FileNumber=153739-0]

[1c78cf55504b2d3aa6815d33ae0116a708049f257658fa7fadf19519c2507843f74d2
ae9b2fc7f8e89a9a917e94e00e8935741c990f91e63c4acc38964e48ef6]]
**Document description:** Brief in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/5/2010] [FileNumber=153739-1]

[3defcc230b4e6709b31046b9d129b2372af3bfe0735ed0595d46438406b7d30771f4f

9fcb53acb8155e15125513d498114126a12baf32bb62d1b40aa23e5da38]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/5/2010] [FileNumber=153739-2]

[288adef2ed8206d04734d5d1d7a2f6bee7565e46afaa6145fd9035b66df5eb99cf689
860eb1704c3b51e3c5f060779e367f4721e525951947b076c7a30863ff5]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/5/2010] [FileNumber=153739-3]

[974a9d7aa72a07df8eae1a79c034c95a0344c74286f152e846b451df7e6830a94f19f
5c5b6eeea2a270d0fdb5ba9b158d3b1a762b3dbc5014eba12ef0bcb16a9]]